**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 02, 2015

Hon. Thomas J. Burbank
Attorney at Law
2 Acadiana Court
Beaumont, TX 77706
* DELIVERED VIA E-MAIL *

Hon. Wayln G. Thompson
Asst. District Attorney
Jefferson County
1001 Pearl Street, 3rd Floor
Beaumont, TX 77701
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00192-CR
Tr.Ct.No. 11-12939
Style:     John Michael Weatherly aka Loco v. The State of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:     252nd District Court (DELIVERED VIA E-MAIL)
        Hon. Jamie Smith, Jefferson County District Clerk (DELIVERED VIA E-MAIL)
        Hon. Olen Underwood, Presiding Judge, Second Administrative Judicial Region
        (DELIVERED VIA E-MAIL)